

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DANIEL P. ISAACSON

VS.

SABA & ASSOCIATES

**08CV1536**
**JUDGE GETTLEMAN**
**MAG. JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DANIEL P. ISAACSON, PLAINTIFF

FILED
MAR 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Michelle J. Rozovics | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michelle J. Rozovics | |
| FIRM <br> Rozovics Law Firm, LLC | |
| STREET ADDRESS <br> 263 King Street | |
| CITY/STATE/ZIP <br> Crystal Lake, IL 60014 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6237997 | TELEPHONE NUMBER <br> 815-479-9733 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |