# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Daniel P Isaacson

          Plaintiff,

v.

Saba & Associates

          Defendant.

Case No.: 1:08–cv–01536
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable Maria Valdez: Plaintiff's motion for extension of time [6] is hereby stricken as improperly filed. This matter is not assigned to Magistrate Judge Valdez. The motion shall be re−filed and re−notice before the District Judge. Presentment date of 7/17/08 on said motion set before Magistrate Judge Valdez is stricken.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.