IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL P. ISAACSON | ) | **TRIAL BY JURY REQUESTED** |
| | ) | |
| Plaintiff, | ) | Civil Case No.: 08CV1536 |
| | ) | |
| vs. | ) | |
| | ) | |
| SABA & ASSOCIATES | ) | District Judge: Robert Gettleman |
| Defendant. | ) | |

## NOTICE OF PRESENTMENT OF MOTION

TO:  N/A

YOU ARE HEREBY NOTIFIED that on Thursday, July 24, 2008, at 9:15am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman, in Room 1703, or in his absence as such other Judge as may be presiding in said courtroom, in the United States District Court, Everett McKinley Dirksen Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and then and there present: **Plaintiff's Motion to Extend Time for Service Under FRCP 4(M),** a copy of which has been filed with this Court.

At which time and place you may appear, if you so desire.


DATED:  July 16, 2008                                DANIEL P. ISAACSON, Plaintiff

                                                                        By:  ROZOVICS LAW FIRM, LLC

                                                                        _____/S/_____
                                                                        Michelle J. Rozovics, Esq.
                                                                        His Attorney


Michelle J. Rozovics, #6237997
Rozovics Law Firm, LLC
263 King Street
Crystal Lake, IL 60014
 (815) 479-9733
(815) 479-9734 FAX

## AFFIDAVIT OF SERVICE

The undersigned certifies that on July 16, 2008 a copy of the foregoing Notice of Motion and attached Motion was served on the parties identified herein by the United States District Court for the Northern District of Illinois – Eastern Division Electronic Filing System (ECF) and/or by depositing a copy thereof, enclosed in an envelope, in the United States mail in Crystal Lake, Illinois, proper postage prepaid, before the hour of 5:00pm.

_____/s/_____
Michelle J. Rozovics

Michelle J. Rozovics, #6237997
Rozovics Law Firm, LLC
263 King Street
Crystal Lake, IL 60014
 (815) 479-9733
(815) 479-9734 FAX